IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**VISIBLE CONNECTIONS, LLC**

-vs-                                                                                           Case No. **1:18-CV-859**

**ZOHO CORPORATION**

### O R D E R

BE IT REMEMBERED on this the **14th** day of **October**, 20**19**, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Phillip Haack** ("Applicant"), counsel for **Zoho Corporation** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Zoho Corporation** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the **14th** day of **October** 20 **19**.

_____
UNITED STATES DISTRICT JUDGE