# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| VISIBLE CONNECTIONS, LLC, § § Plaintiff, § § v. § § ZOHO CORPORATION § § Defendant. § § § | Civil Action No. 1:18-CV-859-RP |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Visible Connections, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulates to the dismissal of all its claims asserted in this action with prejudice, and Defendant Zoho Corporation stipulates to the dismissal of its counterclaims asserted in this action, with each party to bear its own costs, expenses and attorney fees.

1

|  |  |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| By:/s/ *Kevin S. Kudlac* | By:/s/ *Ryan J. Marton* |
| Jennifer Tatum Lee<br>Texas Bar No. 24046950<br>jennifer@connorkudlaclee.com<br>Kevin S. Kudlac<br>Texas Bar No. 00790089<br>kevin@connorkudlaclee.com<br>Cabrach J. Connor<br>Texas Bar No. 24036390<br>cab@connorkudlaclee.com<br>**CONNOR KUDLAC LEE PLLC**<br>609 Castle Ridge Road, Suite 450<br>Austin, Texas 78746<br>TELEPHONE: (512) 777-1254<br>FACSIMILE: (888) 387-1134 | Ryan Marton (admitted *pro hac vice*)<br>ryan@martonribera.com<br>Hector Ribera (admitted *pro hac vice*)<br>hector@martonribera.com<br>Carolyn Chang (admitted *pro hac vice*)<br>carolyn@martonribera.com<br>**MARTON RIBERA SCHUMANN & CHANG LLP**<br>548 Market Street, Suite 36117<br>San Francisco, CA 94104<br>TELEPHONE: (415) 360-2511<br><br>Mathew C. Powers<br>Texas State Bar No. 24046650<br>mpowers@gdhm.com<br>**GRAVES, DOUGHERTY, HEARON & MOODY, P.C.**<br>401 Congress Avenue, Suite 2200<br>Austin, Texas 78701<br>TELEPHONE: (512) 480-5725<br>FACSIMILE: (512) 536-9938 |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |